## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:26-CR-83 (BKS) |
| | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JOHN SECOR. JR.,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER FOR DESTRUCTION OF PROPERTY

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York, and the defendant, John Secor, Jr., by and through counsel, Randi J. Bianco, Esq., hereby agree and stipulate that the defendant consents to the destruction of the property described below. In entering this stipulation, the defendant hereby surrenders any and all claims of ownership and or possessory interest to all of the items described below and consents to the vesting of ownership of said items to the United States government, for destruction by the Department of Homeland Security, pursuant to their policies and procedures:

(1) *One (1) Motorola Moto G cellular telephone, S/N ZT4222GXQ9;*

(2) *One (1) Samsung Galaxy S9 cellular telephone, S/N 465a553631483098;*

(3) *One (1) BLU G51S cellular phone, S/N 2100306021297901;*

(4) *One (1) Mossberg, 12-gauge shotgun, model 9200, S/N SC4002;*

(5) *One (1) Rossi, 12-gauge shotgun, model S12, S/N SP849488; and*

(6) *Sixteen (16) Remington Express shotgun shells.*

The undersigned attorneys jointly submit this stipulation to the United States District Court for the Northern District of New York and consent to its entry as a Court order.

Dated: 3/19/2026

TODD BLANCHE
Deputy Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By: _____
Adrian LaRochelle
Assistant United States Attorney
Bar Roll No. 701266

Dated: 03/13/2026

*Randi Bianco*
Randi Bianco (Mar 13, 2026 11:17:42 EDT)
Randi J. Bianco, Esq.
Attorney for Defendant
Bar Roll No.

IT IS SO ORDERED.

Dated and entered this 25th day of ___March___, 2026

_____
Brenda K. Sannes
Chief U.S. District Judge